IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ARMANDO FLORES MACIAS,      )   No. C 05-4329 TEH (PR)
                                  )
         Plaintiff,               )   ORDER OF DISMISSAL
_____   )

This civil action by a prisoner was filed on October 25, 2005. The court notified plaintiff in writing at that time that the action was deficient because he did not attach a complaint or petition to his other pleadings, or pay the requisite $150.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 30 days have elapsed. However, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot. No fee is due.

SO ORDERED.

DATED:  12/15/05

_____
THELTON E. HENDERSON
United States District Judge